NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


RATAVIOUS A. BIDDLE,                )
                                    )
          Appellant,                )
                                    )
v.                                  )          Case No. 2D16-5006
                                    )
STATE OF FLORIDA,                   )
                                    )
          Appellee.                 )
                                    )
_____   )

Opinion filed March 28, 2018.

Appeal from the Circuit Court for Pinellas
County; Chris Helinger, Judge.

Bryant R. Camareno, Tampa, for
Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Wendy Buffington,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.


          Affirmed.


CASANUEVA, SILBERMAN, and BLACK, JJ., Concur.